IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE A ALBINO OTERO<br><br>       Debtor(s)<br><br>JOSE A ALBINO OTERO<br><br>       Plaintiff<br><br>BAC GP LLC AS PARTNER OF BAC HOME LOANS, et al.<br><br>       Defendant(s) | CASE NO. 10-08923 BKT<br>CHAPTER 13<br><br>ADVERSARY NO. 11-00102<br><br><br>FILED & ENTERED ON 08/14/2014 |

JUDGMENT NUNC PRO TUNC

Upon the Order entered on October 12, 2012 (Docket No. 57), approving the Stipulation filed by the parties on January 30, 2012 (Docket No. 34), it is now

ADJUDGED AND DECREED that judgment be and is hereby is entered according to the terms and conditions of the approved Stipulation, which hereby becomes integral part of this judgment as if set forth in extenso. Accordingly, the instant adversary proceeding is closed without prejudice.

SO ORDERED.

San Juan, Puerto Rico, nunc pro tunc to October 12, 2012.

                                        Brian K. Tester
                                   U.S. Bankruptcy Judge